UNITED STATES DISTRICT COURT
DISTRICT COURT OF PUERTO RICO

**SANDRA RODRIGUEZ RAMOS,**                    **CIVIL NO. 04-1473(DRD)**
      Plaintiff
v.

**CROWN PLAZA PUERTO RICO, INC., and/or,
INTERCONTINENTAL SAN JUAN RESORT
AND CASINO**
      Defendant

## JUDGMENT BY STIPULATION

     Plaintiff and Defendants stipulate and agree that the above captioned case, including all outstanding disputes and matters between and among themselves be dismissed with prejudice effectively from May 27, 2005.

   The parties further accord that they are agreeing in a separate private document to authorize the retention of jurisdiction by this Court for the sole purpose of compliance with the terms and conditions of the agreement. The parties wish to maintain the confidentiality of the remaining terms and conditions of the settlement contained in the private stipulation documents and request the Court relieve them of any obligation to submit further stipulation documents to the Court. Accordingly, the Court relieves the parties herein from any further obligation pursuant to this Court's *Order* of May 19, 2005 as to the settlement filing.

    The Court hereby **DISMISSES WITH PREJUDICE** all claims against the defendants pursuant to the settlement agreement. The Court will retain jurisdiction over the parties for compliance purposes.

This case is closed.

   **IT IS SO ORDERED**.


                                                S/ Daniel R. Domínguez
                                                **DANIEL R. DOMINGUEZ**
**Date**:   **May 31, 2005**               **U.S. District Judge**